**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GALINA RYTSAR,                 :   No. 50 MM 2019

            Petitioner        :

              v.                :

WALLACE BATEMAN, JR., JUDGE,   :
MARY SMITHSON, CLERK OF COURTS,  :
BUCKS COUNTY COURT OF COMMON   :
PLEAS,                           :

           Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.